IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 1:21-CR-459 (GTS) |
| v. | Information |
| DANIEL SCOTSROSS, | Violations: 21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(C) [Attempted Possession with Intent to Distribute a Controlled Substance (N,N-dimethyltryptamine (DMT)]; 26 U.S.C. § 5861(f) [Making of Firearms in Violation of National Firearms Act] |
| Defendant. | |
| | 2 Counts |
| | County of Offense: Schenectady |

## THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
**[Attempted Possession with Intent to Distribute a Controlled Substance (DMT)]**

On or about July 22, 2020, in the Schenectady County, in the Northern District of New York, the defendant, **DANIEL SCOTSROSS**, knowingly and intentionally attempted to possess with intent to distribute a controlled substance in violation of Title 21, United States Code, Section 846 and 841(a)(1). That violation involved N,N-dimethyltryptamine (DMT), a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(C).

### COUNT 2
**[Making of Firearms in Violation of National Firearms Act]**

On or about July 22, 2020, in the Schenectady County, in the Northern District of New York, the defendant, **DANIEL SCOTSROSS**, knowingly made firearms as defined in Title 26,

United States Code, Section 5845, to wit, a combination of parts designed and intended for use in converting weapons into machine guns, in violation of Title 26, United States Code, Section 5861(f).

Dated: January 19, 2023

CARLA B. FREEDMAN
United States Attorney

By: /s/ Ashlyn Miranda

Ashlyn Miranda
Assistant United States Attorney
Bar Roll No. 700759